JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AJAY KUMAR,

               Petitioner,

      v.

ERNESTO SANTACRUZ JR. et al.,

               Respondents.

Case No. 5:26-cv-00515-MCS-DFM

**JUDGMENT**

Pursuant to the Order Re: Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted. Respondents shall provide Petitioner an individualized bond hearing before a neutral immigration judge within seven days of entry of this Order, in accordance with 8 U.S.C. § 1226(a). If Respondents do not provide Petitioner an individualized bond hearing within seven days, they must immediately release him.

Dated: April 1, 2026

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE